D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRUSTEES OF THE LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL 813
I.B.T. PENSION TRUST FUND, and LOCAL 813
AND LOCAL 1034 SEVERANCE TRUST FUND,

    Plaintiff,

v.

LONG ISLAND RUBBISH REMOVAL
EASTERN CORP. SUCCESSOR-IN-INTEREST
TO LONG ISLAND RUBBISH REMOVAL
CORP.,

    Defendant.
-------------------------------------------------------------

ORDER

04-CV-370 (NG)(JMA)

GERSHON, United States District Judge:

The unopposed Report and Recommendation of Magistrate Judge Joan M. Azrack, dated April 8, 2005, is hereby adopted in its entirety. The Clerk of Court is directed to enter a default judgment against defendant Long Island Rubbish Removal Eastern Corp. in the amount of $18,817.91, representing (1) $18,667.91 in damages and (2) $150 in costs.

SO ORDERED.

/s/

NINA GERSHON
United States District Judge

Dated:  May 2, 2005
     Brooklyn, New York